IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  19-mj-57

GUILLERMO TORRES-ACEVEDO,

    Defendant.

---

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, **GUILLERMO TORRES-ACEVEDO**, was involved in a crime against the United States, a violation of Title 18, United States Code, Section 2423(a). He is incarcerated at the Genesee County Jail, at 14 West Main Street, Batavia, New York. His presence is required in the United States District Court at Buffalo, New York, for an initial appearance.

**WHEREFORE,** your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York commanding agents of the Federal Bureau of Investigation to take said defendant

into custody and bring him before the United States District Court, City of Buffalo, New York, on **April 10, 2019,** at **3 p.m.,** and, thereafter, said defendant is to be returned to his place of confinement.

DATED: Buffalo, New York, April 9, 2019.

          JAMES P. KENNEDY, JR.
          United States Attorney

BY: *Stephanie Lamarque*
          STEPHANIE LAMARQUE
          Assistant United States Attorney
          United States Attorney's Office
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York 14202
          716/843-5894
          Stephanie.Lamarque@usdoj.gov

IT IS SO ORDERED:

_/s/ H. Kenneth Schroeder, Jr._
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

DATED: April 9, 2019.

2