# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

|  |  |
|---|---|
|  | **November 2018 GRAND JURY** (Impaneled November 2, 2018) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violations: |
| **GUILLERMO TORRES-ACEVEDO** | Title 18, United States Code, Sections 2422(a) and 2423(a) (2 Counts) |

### COUNT 1

**(Enticing Travel to Engage in Sexual Activity)**

**The Grand Jury Charges That:**

Between on or about November 26, 2018, and on or about November 29, 2018, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, GUILLERMO TORRES-ACEVEDO, did knowingly persuade, induce, entice, and coerce an individual, that is, Victim 1, a person known to the Grand Jury, to travel in interstate commerce from New York to Pennsylvania, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(a).**

## COUNT 2

**(Transportation of a Minor)**

**The Grand Jury Further Charges That:**

On or about November 29, 2018, in the Western District of New York, and elsewhere, the defendant, GUILLERMO TORRES-ACEVEDO, did knowingly transport Victim 1, a person known to the Grand Jury, an individual who had not attained the age of 18 years, in interstate commerce from New York to Pennsylvania, with the intent that such individual engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2423(a).**

DATED:  Buffalo, New York, April 23, 2019.

                                              JAMES P. KENNEDY, JR.
                                              United States Attorney

BY:    S/STEPHANIE LAMARQUE
         Assistant United States Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202
         716/843-5894
         Stephanie.Lamarque@usdoj.gov

A TRUE BILL:

S/FOREPERSON